# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05CR0456 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Judge John M. Manos |
| | ) | |
| SHANNELL BOGGS, | ) | |
| | ) | |
| **Defendant.** | ) | **ORDER** |

On September 14, 2005, a single-count Information was filed charging Shannell Boggs, Defendant, with one (1) count of violating Title 18 of the United States Code, Section 4 (misprision of a felony). (Docket No. 1.) Defendant waived prosecution by indictment. (Docket No. 7.)

On September 27, 2005, the above-captioned matter case was referred to a United States Magistrate Judge pursuant to General Order 99-49, with the consent of the parties, for the purpose of arraigning the Defendant and accepting her plea of guilty. (Docket No. 5.) On October 11, 2005, a hearing was held and Defendant, accompanied by counsel, proffered a plea of guilty to Count 1 of the Information. (Docket No. 8.)

On October 11, 2005, the Magistrate Judge issued a Report and Recommendation documenting Defendant's plea. (Docket No. 10.) The Report indicates that Defendant was advised of her rights and that the hearing otherwise complied with all requirements imposed by the United States Constitution and Federal Criminal Procedure Rule 11. Finding that the plea was made knowingly, intelligently, and voluntarily, the Magistrate recommends that this Court accept and enter the Defendant's plea of guilty to Count 1 of the Information.

Pursuant to General order 99-49, and absent any objections by the parties heretofore made, the Court accepts and adopts the Report and Recommendation of the Magistrate Judge. In doing so, the Court finds that the Defendant knowingly, intelligently, and voluntarily entered a plea of guilty to the Count 1 of the Information, and that all of the requirements imposed by the United States Constitution and Fed. R. Crim. P. 11 have been satisfied. Therefore, the Court accepts the Defendant's plea and enters it accordingly. This mater is referred to the Probation Office for pre-sentence investigation.

**IT IS SO ORDERED.**

Date: October 13, 2005

_John M. Manos_
UNITED STATES DISTRICT JUDGE